IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.115.63.29

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/11/2017 06:52:41 | 6D42DC1468B1C1E667B410263DAEC1DCE91962FE | I Cook Naked |
| 09/01/2017 22:28:35 | 5D1CD31DC7F578EEB47662A149C38B62864B6548 | Born To Be Wild |
| 08/19/2017 05:13:37 | 12853612F55EF3E95784CA8471DA56E6B56010E6 | Sultry Hot Summer |
| 08/15/2017 00:28:29 | 61A46020579D808D7753177E3E3C3ADD8DFF4132 | Fit For A Fuck |
| 08/07/2017 21:02:08 | 1BC8607BBCE02E116927BF7E504F16E24363C017 | Susie Up Close and Personal |
| 07/30/2017 19:19:13 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/23/2017 14:12:50 | CBC73FC89097BF10BF2CE303FCD421B117545104 | Emerald Love |
| 07/17/2017 05:30:32 | E9CC6407501D2E41BA7B235A1922C274352E9DBC | Definitely Not So Shy |
| 07/03/2017 14:49:19 | 16B545C121BFEA8D547A639BC94BFC7C29BE84B1 | XXX Threeway Games |
| 06/10/2017 22:48:55 | FFA9BF43DFD32CBA0996A8929B2525C149A9D2DE | Love In Prague |
| 06/03/2017 19:20:00 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 03/11/2017 22:40:28 | 326CC6FA780A576FD77D9D2786FABB8816B90390 | Deep Inside Gina |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A